377 A.2d 173

Commonwealth v. Hilliard, Appellant.

Submitted December 16, 1975. Barnett S. Lotstein, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.